AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

DNA 4/14/26

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **26mj1640** |
| Crisantos Garcia, | ) | |
| aka: "Ventex" | ) | Az No. 26-3096MJ |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 13, 2025_____ in the county of _____Bernalillo_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1) (B) | PWID 100 Grams and More of a Mixture or Substance Containing a Detectable Amount of Heroin; |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possessing a Firearm in Furtherance of a Drug Trafficking Crime; and |
| 18 U.S.C. §§ 922(g)(1) and 924 | Possession of a Firearm and Ammunition by a Convicted Felon. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jordan Spaeth, FBI Special Agent
_____
*Printed name and title*

Subscribed electronically and sworn to telephonically.

Date: __4/8/2026__

_____
*Judge's signature*

City and state: _____Albuquerque, New Mexico_____      Steven C. Yarbrough, US Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              No. _____

CRISANTOS GARCIA, a.k.a. "Ventex,"

    Defendant.

**<u>AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT</u>**

I, Jordan Spaeth, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been a sworn law enforcement officer for 17 years, serving first as a police officer and then as an FBI Special Agent. I have been with the FBI since 2018 and am currently assigned to the Albuquerque, New Mexico field office, to the Violent Gang Task Force ("VGTF"). As a member of the VGTF my primary responsibility is to investigate criminal enterprises involving violent repeat offenders, gang members, and associates who participate in violations of the Controlled Substances Act, firearms violations, murder, racketeering, and other violations of federal law. Prior to my current assignment, I was assigned to the Violent Crime Task Force and also investigated violent felony crimes which were committed on the multiple Indian Reservations surrounding Albuquerque.

2.    My investigative training and experience includes, but is not limited to, interviewing subjects, targets, and witnesses; writing affidavits for, and executing search and arrest warrants; collecting evidence; conducting surveillance; and analyzing public records. Over the course of my career, I have arrested hundreds of persons for offenses relating to armed robberies, firearm violations, bank robberies, illegal narcotics, and other criminal conduct. I have also been responsible for serving

1

subpoenas and supervising cooperating sources, as well as analyzing phone records.

3.     I make this Affidavit in support of the arrest of Crisantos Garcia, aka: "Ventex," ("GARCIA") for violations of:

    a.  21 U.S.C. §§ 841(a)(1) and (b)(1)(B): PWID 100 Grams and More of a Mixture or Substance Containing a Detectable Amount of Heroin;

    b.  18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime; and

    c.  18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm and Ammunition by a Convicted Felon.

4.     The statements contained in this Affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against GARCIA.

### THE TARGET SUBJECT

5.     Upon reviewing the New Mexico online secure court case information, I believe GARCIA has two (2) felony convictions, which prevent him from possessing a firearm, for:

    a.  Receiving or Transferring of a Stolen Motor Vehicle, on September 19, 2013, in the Bernalillo County District Court, Case No. D-202-CR-2013-04480; and

    b.  Possession of Marijuana with Intent to Distribute, on September 19, 2013, in the Bernalillo County District Court, Case No. D-202-CR-2013-04480.

### SUMMARY OF PROBABLE CAUSE

6.     On February 13, 2025, VGTF agents executed three (3) residential search warrants at three different locations in Albuquerque, associated with GARCIA. The warrants, 25mr245, 25mr246, 25mr247, were authorized by the Court on February 10, 2025.

7.     At approximately 06:00 a.m., agents knocked and announced their presence at GARCIA's residence, located at 6108 Aldea Ave NW, Albuquerque, NM. As agents knocked and announced their presence, a woman and two children exited the front door, advising agents that GARCIA was inside.

8.     GARCIA was observed exiting a second story window at the back of the residence, he then ran across the roof and jumped into the next door neighbor's yard. Upon landing, he broke multiple bones in both legs, his hand, and his face. He was subsequently treated by medics and transported to the ER. I believe he had multiple surgeries due to the injuries he received from attempting to escape. At the time, GARCIA had a white Samsung cell phone, which I seized from him before he was transported to the hospital.

9.     Upon searching GARCIA's residence, agents located approximately nine (9) firearms (one of which was a Draco[1]), two of which were stolen, two ballistic vests (one of which was in GARCIA's vehicle, a green Dodge hellcat), thousands of rounds of ammunition, and a bag of blue pills in GARCIA's bedroom closet, stuffed in a men's jacket pocket. Specifically, agents located and seized:

    a.  Ruger 5.7 pistol, serial number 641-70554 (STOLEN),

    b.  Kimber Custom II 10mm pistol, serial number KF65398,

    c.  CMMG MK 57 5.7 pistol, serial number BFT-04343,

    d.  FN 5.7 pistol, serial number 386390083,

---

[1] A "Draco" is a compact AK style pistols, chambered for 7.62x39mm, accept standard 30-round AK magazines, and are commonly manufactured by Century Arms.

e. FN 10mm pistol, serial number BBP0027815,

f. HK VPQ 9mm pistol, serial number 224-383058 (STOLEN),

g. Anderson AM15 Multi Caliber pistol, serial number 21345161,

h. Century Arms Micro Draco 7.62 pistol, serial number PMD-06352-18RO,

i. Diamond Back Multi Caliber DB15 rifle, serial number 1583761,

j. Green Bullet Resistant Vest (located inside the Dodge Hellcat),

k. Black Bullet Resistant Vest,

l. Various rounds of ammunition,

m. Samsung Cell Phone IMEI:352068104724910,

n. Currency (Bed Side in GARCIA's bedroom),

o. Blue Pills, approximately 111.7 gross grams (In jacket pocket in GARCIA's closet and stamped M30),

p. Currency (In jacket pocket in GARCIA's closet),

q. Currency (Nightstand in GARCIA's bedroom),

r. White Pills (Unknown Substance),

s. Multiple Magazines (Multiple calibers),

t. Magazine with ammunition, and

u. Federal Ammunition 5.7x28 (located inside the Range Rover).

10. The following vehicles were also seized from the property, and towed to the Albuquerque FBI Office:

a. 1963 Chevrolet Impala VIN# 31847L198369,

b. 2018 Dodge Challenger VIN# SALYM2RV9JA757825, and

c. 2021 Range Rover VIN# 2C3CDZF32MH591217.

4

11.    Based on prior reporting, agents were aware that GARCIA was known to drive around in the green Dodge Hellcat, armed with a Draco, and ready to shoot it out with rivals.

12.    At approximately 7:30 a.m., agents executed a search warrant at 358 58th St NW, Albuquerque, NM, which agents believed to be a stash house for GARCIA. Prior to agents arriving, surveillance units observed two subjects leave in a silver vehicle, only to return a short time later. The silver vehicle again left, parked nearby, then left again as agents arrived to execute the search warrant. Agents subsequently stopped the silver vehicle shortly after it left the suspected stash house. The driver of the vehicle was identified, and omitted herein in an attempt to protect their identity, and found to be in possession of a small amount of heroin. The driver of the vehicle advised agents that they had obtained the heroin from GARCIA and that there were firearms that belonged to GARCIA inside the suspected stash house at 358 58th St NW, Albuquerque, NM.

13.    Pursuant to the search at the suspected stash house, agents seized approximately five (5) firearms, one (1) ballistic vest, thousands of rounds of ammunition, and a high-capacity magazine.

14.    On March 17, 2025, I attempted to execute a search warrant, MR-25-479, on the white Samsung cell phone seized on February 13, 2025, from GARCIA's person, however I was unsuccessful unlocking the cell phone.

15.    On November 19, 2025, I obtained a search warrant, authorized by the Court, to collect a sample of DNA from the body of GARCIA, by way of two (2) buccal (cheek) swabs, Case No. 25mr1966.

16.    On November 20, 2026, I executed the search warrant by collecting a sample of DNA from GARCIA, who was incarcerated at the Metropolitan Detention Center (MDC) on a pending arrest involving approximately 10,000 fentanyl pills.

17.    The firearms seized on February 13, 2025, from GARCIA's residence and suspected stash

house were sent to the FBI laboratory alongside the DNA collected from GARCIA for a side-by-side comparison.

18.    On December 15, 2025, I was able to execute a renewal search warrant, MR-25-250, on the aforementioned cell phone and viewed the contents. Pursuant to the cell phone search warrant, I observed photographs of firearms and conversations about drug trafficking, including but not limited to:

    a.  A Facebook user asked Ventex for blues,

    b.  A Facebook user purchased a tactical rifle from Ventex,

    c.  A Snapchat user asked for "smerfs"[2],

    d.  A text message conversation in which a person asked GARCIA if he was interested in purchasing ammunition and asked GARCIA for blue pills, which I believe to refer to fentanyl.

19.    On February 13, 2026, the FBI laboratory returned a report revealing that GARCIA's DNA was located on two firearms seized from his residence, the laboratory did not test the rest of the firearms seized from his residence. Specifically, for the two firearms seized and tested from GARCIA's residence, one was a CMMG pistol, and the other was an Anderson Manufacturing pistol.

20.    I am familiar with drug trafficking and the common methods of drug trafficking of blue pills. Based on my training and experience, I am familiar with blue pills, stamped M30, to contain fentanyl, however in this case they contained heroin according to the lab report prepared after the pills were tested. Based on my training and experience, I know that users of heroin often do not possess more than one- or two-day's supply because it is too expensive. Based on my training and experience, I have worked dozens of cases involving blue pills and heroin, I have spoken to multiple users of both, and I know that possessing 100 grams of blue pills containing heroin is consistent with trafficking as opposed

---

[2] I am aware that "Smurfs" are blue cartoon characters who live in a mushroom. In this context, and based on my training and experience, I believe that "Smerfs" is code word for blue M30 stamps pills, commonly found to contain fentanyl.

to merely possession. Based on my training and experience, I also know that firearms are commonly used by drug traffickers to protect their drug supply and illegal proceeds gained from trafficking drugs, to protect them from rival drug dealers, gang members, and even law enforcement.

## INTERSTATE NEXUS

21.     I examined the firearms and ammunition seized from GARCIA's residence. Based on my training, research, and experience I am aware that the firearms listed above are not manufactured in the state of New Mexico and therefore traveled in interstate commerce before they were possessed by GARCIA.

## CONCLUSION

22.     Based on the above information, I believe there is probable cause that GARCIA violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 18 U.S.C. § 924(c)(1)(A)(i), and 18 U.S.C. §§ 922(g)(1) and 924.

23.     This affidavit was reviewed and approved by Assistant United States Attorney Jesse Pecoraro. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Jordan Spaeth
Special Agent
Federal Bureau of Investigation

Sworn telephonically to me and signed electronically on April 8, 2026:

HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE
ALBUQUERQUE, NEW MEXICO

7

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

United States of America
v.

Crisantos Garcia,
aka: "Ventex"

_____
*Defendant*

)
)
)
)
)
)
)

Case No.  **26mj1640**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Crisantos Garcia                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(B): PWID 100 Grams and More of a Mixture or Substance Containing a Detectable Amount of Heroin;
18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime; and
18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm and Ammunition by a Convicted Felon.

Date:    04/08/2026                        _____
                                                         *Issuing officer's signature*

City and state:    Albuquerque, New Mexico            Steven C. Yarbrough, US Magistrate Judge
                                                                          *Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                    _____
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Crisantos Joe Garcia Jr

Known aliases:     Ventex

Last known residence:     6108 Aldea Ave NW, Albuquerque, NM

Prior addresses to which defendant/offender may still have ties:     358 58th St NW, Albuquerque, NM

Last known employment:     None

Last known telephone numbers:     Unknown

Place of birth:     New Mexico

Date of birth:     06/07/1991

Social Security number:     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

Height:     6'01"          Weight:     150

Sex:     Male          Race:     Hispanic White

Hair:     Brown          Eyes:     Green

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:     Violent drug and weapon arrests, gang member.

Known family, friends, and other associates *(name, relation, address, phone number)*:     Mother, Gloria Padilla at 358 58th St address

FBI number:     398778NC6

Complete description of auto:     None

Investigative agency and address:     FBI, 4200 Luecking Park Ave NE, Albuquerque, NM, Special Agent Jordan Spaeth

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*:
N/A