# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**                    **Case Number: 26-03096MJ-001-PHX-MTM**

**v.**                                          **Charging District's Case No.**
                                                     26-01640MJ
**Crisantos Garcia**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of New Mexico, (if applicable) Albuquerque division.  The defendant may need an interpreter for this language: N/A

The defendant:      ☐  will retain an attorney.

                    ☒  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated this 15th day of April, 2026.

Michael T. Morrissey
Honorable Michael T. Morrissey
United States Magistrate Judge

cc: AUSA, Def Cnsl, (sent to USMS by KGM 4/15/26)

AO 94 (Rev. 06/09)  Commitment to Another District